JAMES B. AVERY, as Administrator, etc., Appellant, *v.* HANNAH MABEY et al., Respondents.

(Argued October 13, 1892; decided October 28, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 8, 1891, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*J. H. Clute* for appellant.

*James F. Tracey* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.